THEODORE BRECKON, Respondent, *v.* THE BUFFALO, NEW YORK AND PHILADELPHIA RAILWAY COMPANY, Appellant.

(Argued April 20, 1887; decided May 10, 1887.)

*John G. Milburn* for appellant.

*James F. Gluck* for respondent.

Agree to affirm ; no opinion.
All concur, except RAPALLO, EARL, and PECKHAM, JJ., dissenting.
Judgment affirmed.

---

MELISSA A. CLOYES, Respondent, *v.* NORMAN S. CLOYES, Appellant.

(Argued April 20, 1887; decided May 10, 1887.)

*William Kernan* for appellant.

*Edward A. Brown* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.